JOSEPH A. YANNY (SBN 097979)
H. MICHAEL YUEN (SBN 266456)
KIM D. ASHLEY (SBN 253160)
CAROL A. SOON (SBN 274195)
YANNY & SMITH
1801 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
E-mail: jyanny@yannylaw.com
Attorneys for Plaintiffs ROBERT LEE VILLIGAN, et al.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE VILLIGAN, an individual; et al.<br><br>Plaintiffs,<br>v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT et al.<br>Defendants. | Case No.: ED CV 08-0329 VAP(DTBx)<br><br>**[PROPOSED] PROTECTIVE ORDER RE: STIPULATION FOR PROTECTIVE ORDER RE: PETITIONS FOR LEAVE OF COURT TO SETTLE CLAIMS INVOLVING MINOR PLAINTIFFS** |

## [PROPOSED] PROTECTIVE ORDER

IT IS HEREBY ORDERED:

1. Any and all petitions for leave of court to settle claims involving minor plaintiffs ("Petitions to Settle Minor Plaintiffs' Claims"), and/or any and all exhibits, documents, declarations and/or materials submitted therewith, in support thereof, or in connection therewith, or any portion or portions thereof, that are served or otherwise furnished to the counsels of County of Riverside and/or San Bernardino County Sheriff-Coroner

Department, and that contain information regarding injuries, medical diagnoses and treatments, or other personal information regarding any minor plaintiff, or financial or other private information regarding any minor plaintiff and/or his or her family, may be designated as "Confidential Material for Attorney's Eyes Only." The parties herein agree that any and all materials so designated shall not be disclosed to anyone other than counsels for the Plaintiffs, County of Riverside, and San Bernardino County Sheriff-Coroner Department, except by written agreement between the parties herein.

2. The "Confidential Material for Attorney's Eyes Only" shall be used solely in connection with this action and not for any other litigation.

3. Upon termination of this litigation, all confidential material received subject to this stipulation for protective order (including any copies made) shall be destroyed by each party and his, her, or its attorneys.

4. The foregoing is without prejudice to the right of any parties: a) to apply to the Court for a further protective order relating to any confidential material, or discovery in this litigation; b) to apply to the Court for an order removing the "Confidential Material for Attorney's Eyes Only" designation from the document; c) to apply to the Court for an order compelling production of documents or modification of the Protective Order or for any order permitting disclosure of confidential material beyond the terms of the Protective Order; or d) to apply for filing confidential information under seal.

IT IS SO ORDERED.

DATED: May 18, 2011

_____
Honorable David T. Bristow
United States Magistrate Judge

**Certificate of Service**

I hereby certify that on May 9, 2011, a true copy of the foregoing **[PROPOSED] PROTECTIVE ORDER RE: PETITIONS FOR LEAVE OF COURT TO SETTLE CLAIMS INVOLVING MINOR PLAINTIFFS** is being filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                      /S/ - H. Michael Yuen
                                                        H. Michael Yuen
                                        Attorney for Plaintiffs Robert Lee Villigan et al.